The Honorable United States Court of Appeals for the First Circuit is now in session. All persons having any business before this Honorable Court may give their attendance and they shall be heard. God save the United States of America and this Honorable Court. Today's cases will be called as previously announced and the times will be as allotted to counsel. The first case today is United States v. Stephen Harvey, appeal number 20-1869. Attorney Lauer, please introduce yourself for the record and proceed with your argument. Good morning and may it please the Court. My name is Scott Lauer. I represent the appellant Stephen Harvey. May I reserve one minute for rebuttal? You may. Thank you. This case concerns the authority of the district court to amend a final judgment nearly nine years after its original entry to substitute a new restitution payee following the corporate dissolution of the original victim. In doing so, the district court relied on Rule 36, which pertains to clerical errors, in support of that modification. Counsel, what's our standard of review? The contention of the appellant is that the applicable standard of review is de novo because it concerns a question of... But the district court, some six months before the amendment of the judgment, advised counsel that it believed it had the authority to amend the judgment in the future after preliminaries were carried out through the use of Rule 36. Can defense counsel just tap silent? Is there some obligation to raise the question at that time if there was a legitimate question about the court's use of Rule 36? No, the district court's order was highly specific and final. It provided for the substitution of a new restitution payee, or in the alternative, for the assignment of restitution to the crime victims fund. But there was an order six months before that denying your motion to quash a garnishment in which the district court advised you that it was quashing the garnishment because it believed that it had the authority to amend the judgment by using Rule 36. Yes. It just troubles me the notion that a party advised by the court that the court intends to take the court's legal mechanism can then sit silent, not make any objection, and then claim error after the court, six months later, does what the court forecast was going to do. I understand your point, Judge Selya. There was a six-month delay between that trial court's order and the entry of the amended judgment. However, under Federal Rule of Appellate Procedure 4, a party appealing a criminal sentence may file, or is directed to file, a notice of appeal, either at the time of the order being appealed or at the time of the entry of judgment. I'm not talking about when you file the notice of appeal. I'm talking about your obligation to call to the district court's attention the fact that you believe that the district court is headed down the road toward error. Here's my proposition. You're advocating for a rule of law which would say if the district court announces to the parties that it believes it has the authority to do X by using mechanism Y, the party who will be aggrieved by that order can sit silently by, and let the district court, at a future date, do exactly what the district court said it was going to do, and then claim error and still get a favorable standard of review as an operating principle of jurisprudence. Presumably, the manner in which the claimed error would be called to the trial court's attention would be through a motion to reconsider. Counsel, let me stop you there. I share Judge Selye's concerns. You could have said at any point during that six months, without a motion to reconsider, you could have filed either a motion to reconsider or an objection of some sort. Furthermore, the government, throughout this six-month period, made a number of filings with the court in reliance on the lack of any objection from the defendant to the notion that these proceedings could proceed under Rule 36. If you take Judge Selye's approach, which is certainly one that courts of appeals tend to encourage, which is raise the issue in the trial court and do not come to us when you have skipped the opportunity to timely raise it in the trial court, do not come to us and argue you're entitled to de novo review. Three minutes. The concern that you are raising is one that is referenced in a case cited by the government, which is Rodriguez. However, the text of the Rodriguez case specifically says that parties are not required to file a motion to reconsider. Counsel, I have just said that you had alternatives to the motion to reconsider. We're not talking, counsel, about a motion to reconsider the actual amendment. We're talking about calling to the court's attention six months before it made the amendment that it had a mistaken view of the law. When the Rodriguez court talked about a motion to reconsider, it was talking about a motion to reconsider the order of appeals. That's not what's relevant here or what we've been discussing here. I suppose it would have been possible to register an objection or bring to the trial court's attention the claimed error at an earlier juncture. But under the Rodriguez case, at least in the form of a motion to reconsider, that is not required. And had the defendant filed a notice of appeal at the time of the court's ruling, it would have been premature. Mr. Bauer, I had a factual question, which is the first reference to Rule 56 by the district court is in reference to the motion to approach the garnishment, correct? Correct. We're appealing from a different order, correct? We are appealing from the later order that entered approximately six months ago. With respect to that later order, was there any process set up by the district court? How did that order come about? Was that a separate motion by the government? Can you just hold on one second? There's a terrible breathing sound that I'm picking up from someone. I don't know if other judges are hearing that. It seems to have stopped. OK, I apologize. Go ahead. So the trial court entered an order finding that it had the authority to substitute KCP as... Who was there a motion for that order to be entered? The government initiated this litigation by filing an application for a writ of garnishment. Then you moved to caution and that was denied. Yes. How did this order come about? Was that in response to that initial writ? The order that the trial court entered... Time. May I finish the answer? Yes. The order that has ultimately been appealed is essentially a continuation and a clarification of the court's prior order that directed the government to confer with KCP to determine whether it was possible or feasible for KCP to even serve in that function given that the receivership had been terminated five years before. Did anybody move for the district court to make that clarification? The government had proposed designating KCP... Why wouldn't it have been an opportunity in response to that filing by the government for you to point out that no such clarification would be legal if it was done pursuant to Rule 36? And the failure to make that point at that time is the... Well, it would have been helpful had there been a hearing in the district court. There were papers filed. You don't need a hearing to have it. And you didn't request a hearing. So if you're on the same writ, by your own account, it's just a clarification of the earlier order. There's a filing by the government regarding the clarification and you're silent with respect to when you had perfect opportunity to make a filing. My recollection is that the district court's order was entered very soon after the filing of the government's pleading. I can't speak to the exact number of days, but my recollection is that the district court acted via a minute order on the docket without scheduling a hearing, without requesting further briefing, and just simply entered the order. Within a matter of days or perhaps a week. My recollection is that's the timeline that we're talking about. So your contention would be with respect to plain error that the first notice you had of a need to weigh in on the question of Rule 36 with respect to the order you're appealing would have occurred days before the minute order was entered, and therefore you didn't have an opportunity. No, the government never raised Rule 36. I know it, but the government was asking for verification based on a prior order by the district court that made it clear that if she was doing it, she would do it under Rule 36. Or at least reasonably could be understood. It may well have been the case that the parties had expected a hearing and one was not scheduled and instead the ruling took place via a minute order. With that, I'll rest. Thank you. Thank you, Counsel. Attorney Laura, please mute your audio and video. Attorney Amrine, please unmute your audio and video. Attorney Amrine, please introduce yourself for the record and proceed with your argument. Alexandra Amrine on behalf of the United States. And it's the government's position that plain error review applies to this case and that the defendant cannot meet that stringent standard. When did the government first ask for the action that resulted in the order that's being appealed? And so just to clarify the timeline, Judge Barron, based upon your discussion with Attorney Lauer, so effectively the government had moved for a garnishment in approximately the late fall of 2019. The defendant then moved to quash the garnishment. The government opposed the motion to quash the garnishment. In the opposition, it was at that point that the government raised the fact that rather than vacate the restitution order, the restitution could properly be directed to KCP as receiver for the now dissolved victim. That was in February. February 11th of 2019 was when the government raised that issue. And it was a week later that the court ruled in the government's favor. And in that ruling, the week later rule was when the district court first indicated that it believed it had the authority to amend the judgment under Rule 36. Is that correct? That's exactly correct, Judge Selye. Excuse me, but the actual amendment of the judgment by the district court, which is what is being appealed today, didn't take place until several months after that notice by the district court that it believed it had the authority to amend Rule 36. That's exactly right, Judge Selye. So just to clarify the timeline, contrary to defense counsel's argument that the decision by the court in February of 2020 was a final order directing the funds to KCP, that order actually had a lot of contingencies. As an initial matter, it indicated the court's intention to rely on Rule 36 to ultimately amend the judgment. But it also said on the current facts, as the record was showing at the time, the court could not make the determination as to whether the receiver could in fact be substituted. So what then happened after that order, which noted the contingency and didn't itself exercise authority under Rule 36, how long passed between that order and the order that's now being appealed? Approximately six months, Your Honor. And what happened between that period of time that precipitated the district court taking the action that resulted in the order being appealed? Was there a request for her to act by the government? So in the government's opposition to the motion to quash, we had suggested first that the money could be directed to the receiver and alternatively to the crime victims fund. At that point in time, the receivership had been closed by the state court. So when the trial court made this ruling in February of 2020, it basically said, ideally, we would like to give the money to the receiver, but the government is directed to confer with the receiver to determine if you can get that receivership reopened. What happened between the denial of the first order and six months passed and then there's a new order from the district court that's now being appealed? What happened that precipitated that order being entered? Was there a request by the government for it to be entered? There wasn't a specific request, except that we filed per the court's instruction, multiple status reports telling her that, telling the court, I should say, that we had sought to have the receivership reopened in state court and that it had in fact been reopened. So upon our filing indicating that it had been reopened in state court, at that point, the court then said, with the understanding that the receivership has been reopened per my February order, I will now order it to go to the consumer. How long passed between that last filing sort of saying, here's the final status, you can do it now, and her entry of the order? It was a short period of time. Like days? It was a short period of time, your honor. I'm sorry? Like a few days? It was a few days or in the vicinity of about a week. I can't find the exact time. In that regard, it seems a little bit of a complicated question to me whether there is a forfeiture in the sense that there's a contingency identified. Five minutes? It's not clear when that contingency is going to be acted on. And then without a hearing or a request to hear from the other side or anything, all of a sudden, days after there's the order entered, it just seems that's not typically how it would work, is it? It was, just to clarify, your honor, it was exactly a week after the government had filed the response, had filed the status report indicating that the receipt had been opened. Was there any schedule in place for how you're supposed to respond or when you're supposed to respond? There was not a specific schedule directing the defendant to respond. However, at each point in time at which the government had filed a status report, there would be some period of time that was specified for the government to file a follow-up status report. Those are just status reports. They're not requests for argument or precipitating an action. I don't know. It seems a little bit, but that's helpful that you've verified it for me. I appreciate it. And so, all told, over six months passed between the time that the court had indicated that it intended to rely on Rule 36 and then from the time that it ultimately entered the order, relying affirmatively on Rule 36, and then subsequent to that, that it actually, in fact, entered the amended judgment. And by the very terms of Rule 36 itself, it says that after giving any notice that it considers to be appropriate, the court may at any time correct a clerical error. So, certainly, it seems that six months is adequate notice of its intent to rely on Rule 36 and that the defendant had adequate time to lodge some type of objection to that reliance. And, of course, the reason that we want to encourage that and to incentivize that is so that a trial court, who would have been in the best position to potentially reconsider this, could have done that at the time. But having… Ms. Amrine, do you rely on the… You just quoted the clerical error rule, clerical error language from Rule 36. Is that really what you're relying on? That was what the court relied on in its order, Your Honor, and that was simply why I was quoting the language of that. But what do you say? Why does Rule 36 apply here, whatever the standard? Because in this particular case, there was no change whatsoever to the ultimate amount of punishment that the defendant was… in making the entry by the court for some ministerial type of error. There's nothing like that here. I would have thought you might rely on the second sentence of the rule, which speaks in terms of oversight or omission. Your Honor, the court did not specify… We're not talking about what the court specified. We can affirm the judgment on any alternative ground. I'm talking about why we should hold that rule, whatever the standard of review, that there is a principled argument for saying that Rule 36 applies to this situation. Sure. I think that part of the argument there would be that at the end of the day, as courts have found, including the cases relied upon by Judge Casper in her initial order, that courts have found that you can use Rule 36 in any situation where the total amount of payment does not change and you're only substituting a payee, that it is… Counsel, Judge Selye asked you a question to which you have not responded. Let's just put the question of clear error to one side. And let's assume this was not a clerical error and Judge Selye addressed the second clause, oversight or omission. Do you have an argument as to how or whether this could be viewed as an oversight or omission? Because at the time the payee was named, the corporation did in fact exist? Sure. I think that you could say that in a situation where a company has been seriously and detrimentally impacted… Counsel, that's time. Finish in one or two sentences, please. Sure. I think in a situation where a corporation has been seriously and detrimentally impacted by a fraud committed by a defendant, including with numerous victim impact statements to that effect, it could have been foreseeable that this company may end up going into some type of receivership proceedings or otherwise change corporate form. And so at that point, it may have been appropriate to put in the judgment that any monies would be payable to sleep health centers or its corporate estate in the event that it changes corporate form. And then if that had been done at the time the original judgment was entered, then that would have taken care of the issue that we have now. Judge Lynch, I just want two quick questions. Yes, go ahead, please. The first is, from your last answer, it sounds like you're not relying on the oversight or admission language, or are you? I think that… That's just a yes, no. I think we would be relying on the rule as a whole. Okay. That's not a yes or a no, but it's an answer. The second question is, with respect to the oversight language, as I read the text of the rule, unlike what you can do with a judgment, which is limited to clerical errors, the reference to oversight is referring to a change in the record, not to the judgment. Do you have an answer to that? Because here the change was to the judgment, not to the record. That's true. And so I think that that's why this issue would fit more squarely within the first part of the rule. Again… Clerical error. Correct. And, again, relying on the interpretation by the cases… Okay. Thank you. Thank you, counsel. We'll hear a rebuttal of one minute. Attorney Arndt, Hermine, please mute your audio and video. Attorney Lauer, please unmute your audio and video. Judge Lynch, with your permission, Attorney Lauer pursueth one minute. Go ahead, please. Addressing the point that's been raised concerning oversight or omission, it would be our view that there was no oversight or omission at the time of Mr. Harvey's original sentencing. The victim was clearly SHC, Sleep Health Centers. The trial court properly found that Sleep Health Centers was the victim, and there was no scrivener… Mr. Lauer, the argument would be, as I see it, that the oversight would be in any commercial transaction, it is boilerplate when you have a corporation involved to run the benefits of the women's corporation, its successes are assigned. And I, for the life of me, can't understand why a district court imposed a restitution order in favor of a corporate victim wouldn't routinely use that same sort of language. I mean, people know that corporations don't last in perpetuity. Well, certainly had that language been employed… Counsel, that's time. We would be… Finish, please. We would be in a different position. Thank you. Okay. Thank you. Thank you, Your Honor. This concludes argument in this case. Attorney Lauer and Attorney Arnheim should disconnect from the hearing at this time.